

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00371-CR

Arthur **THOMAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 17-155-CR
Honorable Sergio J. Gonzalez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 15, 2020.

_____
Patricia O. Alvarez, Justice